```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                                  Case No. 20-00836-HWV
Cynthia Lynn Craig-Halbleib                                             Chapter 13
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 4             Date Rcvd: Apr 13, 2020
                              Form ID: ntcnfhrg            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db             +Cynthia Lynn Craig-Halbleib,    6212 Nassau Road,    Harrisburg, PA 17112-1847
5308741        +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
5308744        +Aes Members 1st Fcu,    Attn: Bankruptcy,    Po Box 40,    Mechanicsburg, PA 17055-0040
5308745        +American First Finance,    Attn: Bankruptcy,    Po Box 565848,    Dallas, TX 75356-5848
5308746        +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
5316508        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5308747        +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
5308748        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308805        +CMRE Financial Services,    Attn: Bankruptcy,    3075 E. Imperial Hwy, Suite 200,
                 Brea, CA 92821-6753
5308807       ++CONTINENTAL FINANCE COMPANY LLC,     PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court:   Continental Finance Company,     Attn: Bankruptcy,    Po Box 8099,
                 Newark, DE 19714)
5308803        +Citibank, NA,   Centralized Bankruptcy,     Po Box 790034,    St Louis, MO 63179-0034
5308815        +Deville Mgmt,    Attn: Bankruptcy,    Po Box 1987,    Colleyville, TX 76034-1987
5308816        +Eos Cca,   Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
5308819        +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5308824        +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
5308825        +Fortiva,   Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
5308830        +LoanCare LLC,    Attn: Consumer Solutions Dept,    Po Box 8068,    Virginia Beach, VA 23450-8068
5308831        +Lower Paxton Township Authority,     425 Prince Street,,    Harrisburg, PA 17109-3053
5308834         Pennsylvania Power and Light,    Two North Ninth Street,    Montrose, PA 18801
5308836        +Rr/residence,    251 S Lake Ave,    Pasadena, CA 91101-3003
5308839        +The Money Source Inc.,    500 South Broad Street,    Suite 100A,    Meriden, CT 06450-6755
5308840        +Total Visa/Bank of Missouri,    Attn: Bankruptcy,    Po Box 85710,    Sioux Falls, SD 57118-5710
5308843        +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
5308846        +USDOE/GLELSI,    Attn: Bankruptcy,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5308801        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 13 2020 20:40:58      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5308806        +E-mail/Text: bankruptcy@consumerportfolio.com Apr 13 2020 19:43:59      Consumer Portfolio Svc,
                 Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
5308808        +E-mail/Text: bankruptcy@credencerm.com Apr 13 2020 19:44:06      Credence Resource Management,
                 17000 Dallas Parkway,    Suite 204,    Dallas, TX 75248-1940
5308809        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 13 2020 19:39:09      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
5308811        +E-mail/Text: electronicbkydocs@nelnet.net Apr 13 2020 19:43:57
                 Department of Education/Nelnet,     Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
5308818        +E-mail/Text: bknotice@ercbpo.com Apr 13 2020 19:43:58      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
5308821        +E-mail/Text: bnc-bluestem@quantum3group.com Apr 13 2020 19:44:03      Fingerhut,
                 Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
5308827        +E-mail/Text: bankruptcy.notices@hdfsi.com Apr 13 2020 19:44:05      Harley Davidson Financial,
                 Attn: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
5308828         E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 13 2020 19:44:00      Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
5308829        +E-mail/Text: bncnotices@becket-lee.com Apr 13 2020 19:43:40      Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
5311034         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 13 2020 19:39:39      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5308832        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 13 2020 19:39:39
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
5315747         E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 13 2020 19:39:05      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5308833        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 13 2020 19:39:34
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
5308835         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2020 19:39:37
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
5308837        +E-mail/Text: BKRMailOPS@weltman.com Apr 13 2020 19:43:47      Sterling Jewelers/Kay Jewelers,
                 Attn: Bankruptcy,    375 Ghent Rd,    Akron, OH 44333-4601
5308838       ++E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2020 19:39:33      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5308842         E-mail/Text: bkrcy@ugi.com Apr 13 2020 19:44:06      UGI,    PO Box 13009,
                 Reading, PA 19612-3009
5316984         E-mail/Text: bkrcy@ugi.com Apr 13 2020 19:44:06      UGI Utilities, Inc.,    P.O. Box 13009,
                 Reading, PA 19612
5308845         E-mail/Text: bankruptcy@uscbcorporation.com Apr 13 2020 19:42:18      Uscb Corporation,
                 Attn: Bankruptcy,    Po Box 75,    Archbald, PA 18403
5308848        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 13 2020 19:42:17
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
```

```
District/off: 0314-1           User: AutoDocke            Page 2 of 4               Date Rcvd: Apr 13, 2020
                               Form ID: ntcnfhrg          Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5308849        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 13 2020 19:42:17
                Verizon Wireless,   Attn: Verizon Bankruptcy,   500 Technology Dr, Ste 500,
                Weldon Springs, MO 63304-2225
5308850        +E-mail/Text: bankruptcynotice@westlakefinancial.com Apr 13 2020 19:43:57
                Westlake Financial Services,   Attn: Bankruptcy,   Po Box 76809,   Los Angeles, CA 90076-0809
                                                                                              TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5308742*       +Aaron's Sales & Lease,    Attn: Bankruptcy,   Po Box 100039,    Kennesaw, GA 30156-9239
5308743*       +Aaron's Sales & Lease,    Attn: Bankruptcy,   Po Box 100039,    Kennesaw, GA 30156-9239
5308749*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308750*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308751*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308752*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308753*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308754*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308755*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308756*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308757*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308758*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308759*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308760*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308761*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308762*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308763*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308764*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308765*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308766*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308767*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308768*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308769*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308770*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308771*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308772*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308773*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308774*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308775*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308776*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308777*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308778*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308779*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308780*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308781*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308782*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
5308783*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308784*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308785*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308786*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308787*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308788*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308789*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308790*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308791*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308792*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308793*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308794*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308795*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308796*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308797*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308798*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308799*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308800*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5308802*        +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5308804*        +Citibank, NA,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
5308810*        +Credit One Bank,    Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
5308812*        +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
5308813*        +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
5308814*        +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
5308817*        +Eos Cca,    Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
5308820*        +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5308822*        +Fingerhut,    Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
5308823*        +Fingerhut,    Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
5308826*        +Fortiva,    Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
5308841*        +Total Visa/Bank of Missouri,    Attn: Bankruptcy,    Po Box 85710,    Sioux Falls, SD 57118-5710
5308844*        +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
5308847*        +USDOE/GLELSI,    Attn: Bankruptcy,    Po Box 7860,    Madison, WI 53707-7860
                                                                                TOTALS: 0, * 68, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2020 at the address(es) listed below:

    Chad J. Julius    on behalf of Debtor 1 Cynthia Lynn Craig-Halbleib cjulius@ljacobsonlaw.com, creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com

    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com

    James Warmbrodt    on behalf of Creditor   THE MONEY SOURCE, INC. bkgroup@kmllawgroup.com

    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cynthia Lynn Craig–Halbleib,

**Debtor 1**

Chapter 13

Case No. 1:20–bk–00836–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 20, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court the hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing | Date: May 27, 2020  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101–1737  (717) 901–2800 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 13, 2020 |

ntcnfhrg (03/18)