```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                                  Case No. 20-00836-HWV
Cynthia Lynn Craig-Halbleib                                             Chapter 13
       Debtor
                                CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke             Page 1 of 4           Date Rcvd: Apr 13, 2020
                             Form ID: pdf002             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db             +Cynthia Lynn Craig-Halbleib,   6212 Nassau Road,   Harrisburg, PA 17112-1847
5308741        +Aaron's Sales & Lease,    Attn: Bankruptcy,   Po Box 100039,   Kennesaw, GA 30156-9239
5308744        +Aes Members 1st Fcu,    Attn: Bankruptcy,   Po Box 40,   Mechanicsburg, PA 17055-0040
5308745        +American First Finance,    Attn: Bankruptcy,   Po Box 565848,   Dallas, TX 75356-5848
5308746        +Bank of America,    4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
5316508        +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
5308747        +Barclays Bank Delaware,    Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
5308748        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,   Po Box 8875,
                 Camp Hill, PA 17001-8875
5308805        +CMRE Financial Services,    Attn: Bankruptcy,   3075 E. Imperial Hwy, Suite 200,
                 Brea, CA 92821-6753
5308807       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,   NEWARK DE 19714-8099
               (address filed with court:   Continental Finance Company,    Attn: Bankruptcy,   Po Box 8099,
                 Newark, DE 19714)
5308803        +Citibank, NA,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
5308815        +Deville Mgmt,    Attn: Bankruptcy,   Po Box 1987,   Colleyville, TX 76034-1987
5308816        +Eos Cca,   Attn: Bankruptcy,   700 Longwater Dr,   Norwell, MA 02061-1624
5308819        +FedLoan Servicing,    Attn: Bankruptcy,   Po Box 69184,   Harrisburg, PA 17106-9184
5308824        +First PREMIER Bank,    Attn: Bankruptcy,   Po Box 5524,   Sioux Falls, SD 57117-5524
5308825        +Fortiva,    Attn: Bankruptcy,   Po Box 105555,   Atlanta, GA 30348-5555
5308830        +LoanCare LLC,    Attn: Consumer Solutions Dept,   Po Box 8068,   Virginia Beach, VA 23450-8068
5308831        +Lower Paxton Township Authority,    425 Prince Street,,   Harrisburg, PA 17109-3053
5308834         Pennsylvania Power and Light,   Two North Ninth Street,   Montrose, PA 18801
5308836        +Rr/residence,    251 S Lake Ave,   Pasadena, CA 91101-3003
5308839        +The Money Source Inc.,   500 South Broad Street,   Suite 100A,   Meriden, CT 06450-6755
5308840        +Total Visa/Bank of Missouri,    Attn: Bankruptcy,   Po Box 85710,   Sioux Falls, SD 57118-5710
5308843        +US Dept of Education,    Attn: Bankruptcy,   Po Box 16448,   Saint Paul, MN 55116-0448
5308846        +USDOE/GLELSI,    Attn: Bankruptcy,   Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5308801        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 13 2020 20:40:59      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
5308806        +E-mail/Text: bankruptcy@consumerportfolio.com Apr 13 2020 19:43:59      Consumer Portfolio Svc,
                 Attn: Bankruptcy,   Po Box 57071,   Irvine, CA 92619-7071
5308808        +E-mail/Text: bankruptcy@credencerm.com Apr 13 2020 19:44:06      Credence Resource Management,
                 17000 Dallas Parkway,   Suite 204,   Dallas, TX 75248-1940
5308809        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 13 2020 19:39:09      Credit One Bank,
                 Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
5308811        +E-mail/Text: electronicbkydocs@nelnet.net Apr 13 2020 19:43:57
                 Department of Education/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
5308818        +E-mail/Text: bknotice@ercbpo.com Apr 13 2020 19:43:57      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
5308821        +E-mail/Text: bnc-bluestem@quantum3group.com Apr 13 2020 19:44:03      Fingerhut,
                 Attn: Bankruptcy,   Po Box 1250,   Saint Cloud, MN 56395-1250
5308827        +E-mail/Text: bankruptcy.notices@hdfsi.com Apr 13 2020 19:44:05      Harley Davidson Financial,
                 Attn: Bankruptcy,   Po Box 22048,   Carson City, NV 89721-2048
5308828         E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 13 2020 19:44:00      Jefferson Capital Systems, LLC,
                 Po Box 1999,   Saint Cloud, MN 56302
5308829        +E-mail/Text: bncnotices@becket-lee.com Apr 13 2020 19:43:39      Kohls/Capital One,
                 Attn: Credit Administrator,   Po Box 3043,   Milwaukee, WI 53201-3043
5311034         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 13 2020 19:39:10      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5308832        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 13 2020 19:39:10
                 LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                 Greenville, SC 29603-0497
5315747         E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 13 2020 19:40:08      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
5308833        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 13 2020 19:39:32
                 Merrick Bank/CardWorks,   Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
5308835         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2020 19:40:10
                 Portfolio Recovery,   Attn: Bankruptcy,   120 Corporate Blvd,   Norfold, VA 23502
5308837        +E-mail/Text: BKRMailOPS@weltman.com Apr 13 2020 19:43:46      Sterling Jewelers/Kay Jewelers,
                 Attn: Bankruptcy,   375 Ghent Rd,   Akron, OH 44333-4601
5308838       ++E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2020 19:39:33      Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
5308842         E-mail/Text: bkrcy@ugi.com Apr 13 2020 19:44:06      UGI,   PO Box 13009,
                 Reading, PA 19612-3009
5316984         E-mail/Text: bkrcy@ugi.com Apr 13 2020 19:44:06      UGI Utilities, Inc.,   P.O. Box 13009,
                 Reading, PA 19612
5308845         E-mail/Text: bankruptcy@uscbcorporation.com Apr 13 2020 19:42:18      Uscb Corporation,
                 Attn: Bankruptcy,   Po Box 75,   Archbald, PA 18403
5308848        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 13 2020 19:42:16
                 Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5308849        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 13 2020 19:42:17
                Verizon Wireless,    Attn: Verizon Bankruptcy,    500 Technology Dr, Ste 500,
                Weldon Springs, MO 63304-2225
5308850        +E-mail/Text: bankruptcynotice@westlakefinancial.com Apr 13 2020 19:43:57
                Westlake Financial Services,    Attn: Bankruptcy,    Po Box 76809,    Los Angeles, CA 90076-0809
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5308742*       +Aaron's Sales & Lease,     Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
5308743*       +Aaron's Sales & Lease,     Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
5308749*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308750*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308751*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308752*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308753*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308754*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308755*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308756*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308757*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308758*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308759*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308760*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308761*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308762*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308763*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308764*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308765*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308766*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308767*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308768*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308769*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308770*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308771*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308772*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308773*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308774*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308775*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308776*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308777*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308778*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308779*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308780*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308781*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5308782*       +Bureau of Account Managment,     3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
5308783*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308784*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308785*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308786*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308787*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308788*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308789*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308790*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308791*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308792*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308793*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308794*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308795*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308796*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308797*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308798*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308799*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308800*         +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5308802*         +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
5308804*         +Citibank, NA,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
5308810*         +Credit One Bank,   Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
5308812*         +Department of Education/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
5308813*         +Department of Education/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
5308814*         +Department of Education/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
5308817*         +Eos Cca,   Attn: Bankruptcy,   700 Longwater Dr,   Norwell, MA 02061-1624
5308820*         +FedLoan Servicing,   Attn: Bankruptcy,   Po Box 69184,   Harrisburg, PA 17106-9184
5308822*         +Fingerhut,   Attn: Bankruptcy,   Po Box 1250,   Saint Cloud, MN 56395-1250
5308823*         +Fingerhut,   Attn: Bankruptcy,   Po Box 1250,   Saint Cloud, MN 56395-1250
5308826*         +Fortiva,   Attn: Bankruptcy,   Po Box 105555,   Atlanta, GA 30348-5555
5308841*         +Total Visa/Bank of Missouri,   Attn: Bankruptcy,   Po Box 85710,   Sioux Falls, SD 57118-5710
5308844*         +US Dept of Education,   Attn: Bankruptcy,   Po Box 16448,   Saint Paul, MN 55116-0448
5308847*         +USDOE/GLELSI,   Attn: Bankruptcy,   Po Box 7860,   Madison, WI 53707-7860
                                                                             TOTALS: 0, * 68, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                              Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2020 at the address(es) listed below:

    Chad J. Julius   on behalf of Debtor 1 Cynthia Lynn Craig-Halbleib cjulius@ljacobsonlaw.com, creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com

    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com

    James Warmbrodt   on behalf of Creditor   THE MONEY SOURCE, INC. bkgroup@kmllawgroup.com

    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 4

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
**Cynthia Lynn Craig-Halbleib**

CHAPTER 13
CASE NO.   1:20-bk-00836

■ ORIGINAL PLAN
____ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
■ Number of Motions to Value Collateral

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ■ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ■ Included | ☐ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.   PLAN FUNDING AND LENGTH OF PLAN.**

   **A.   Plan Payments From Future Income**

   1. To date, the Debtor paid $___ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**15,300.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 1 | 60 | 255.00 | 0.00 | 255.00 | 15,300.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $15,300.00 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ■ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**90.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

■ No assets will be liquidated. *If this line is checked, the rest of § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:
   _____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:
   _____

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

■ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| The Money Source Inc. | 6212 Nassay Road Harrisburg, PA 17112 Dauphin County<br>Paid $144,000.00 in 2016. | 4152 |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

■ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

Rev. 12/01/19

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Lower Paxton Township Authority | 6212 Nassay Road Harrisburg, PA 17112 Dauphin County Paid $144,000.00 in 2016. | $610.50 | $0.00 | $610.50 |
| The Money Source Inc. | 6212 Nassay Road Harrisburg, PA 17112 Dauphin County Paid $144,000.00 in 2016. | $9,000.00 | $0.00 | $9,000.00 |

    **D.** **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

    ■ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

    **E.** **Secured claims for which a § 506 valuation is applicable.** *Check one.*

    ☐ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

    ■ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| Lower Paxton Township Authority | 6212 Nassay Road Harrisburg, PA 17112 Dauphin County Paid $144,000.00 in 2016. | NO VALUE | 0% | $0.00 | Plan |

    **F.** **Surrender of Collateral.** *Check one.*

    ☐ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

    ■ The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan or upon approval of any modified plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| Westlake Financial Services | 2015 Jeep Wrangler 95000 miles |

    **G.** **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

    ■ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3.**     **PRIORITY CLAIMS.**

    **A.** **Administrative Claims**

        1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

    2. <u>Attorney's fees.</u> Complete only one of the following options:

        a.    In addition to the retainer of $ **0.00** already paid by the Debtor, the amount of $ **4,000.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

        b.    $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

    3. <u>Other.</u> Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
        *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

**B.** **Priority Claims (including, certain Domestic Support Obligations)**

■ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

**C.** **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4.** **UNSECURED CLAIMS**

    **A.** **Claims of Unsecured Nonpriority Creditors Specially Classified.**
    *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

    **B.** **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

**6.** **VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

☐ plan confirmation.
☐ entry of discharge.
☐ closing of case.

**7.** **DISCHARGE: (Check one)**

■ The debtor will seek a discharge pursuant to § 1328(a).
☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8.** **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as

allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1:         _____
Level 2:         _____
Level 3:         _____
Level 4:         _____
Level 5:         _____
Level 6:         _____
Level 7:         _____
Level 8:         _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1:    Adequate protection payments.
Level 2:    Debtor's attorney's fees.
Level 3:    Domestic Support Obligations.
Level 4:    Priority claims, pro rata.
Level 5:    Secured claims, pro rata.
Level 6:    Specially classified unsecured claims.
Level 7:    Timely filed general unsecured claims.
Level 8:    Untimely filed general unsecured claims to which the Debtor has not objected.

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated:  **March 18, 2020**                                **/s/ Chad J. Julius**
                                                          **Chad J. Julius**
                                                          Attorney for Debtor

                                                          **/s/ Cynthia Lynn Craig-Halbleib**
                                                          **Cynthia Lynn Craig-Halbleib**
                                                          Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

5