IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia Lynn Craig-Halbleib<br>    Debtor(s)<br><br>The Money Source Inc.<br>    Movant<br>  vs.<br>Cynthia Lynn Craig-Halbleib<br>    Debtor(s)<br><br>Keith Craig-Halbleib<br>    Co-Debtor<br><br>Charles J. DeHart, III Esq.<br>    Trustee | CHAPTER 13<br><br><br>NO. 20-00836 HWV<br><br><br><br>11 U.S.C. Section 362 and 1301 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of The Money Source Inc. for Relief From Automatic Stay and notice of motion, response deadline and hearing date have been served on January 19, 2021, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Cynthia Lynn Craig-Halbleib
6212 Nassau Road
Harrisburg, PA 17112

Co-Debtor(s)
Keith Craig-Halbleib
6212 Nassau Road
Harrisburg, PA 17112

Attorney for Debtor(s)
Chad J. Julius, Jacobson & Julius,
 8150 Derry Street
Suite A
Harrisburg, PA 17111

Trustee
Charles J. DeHart, III Esq.
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Office of the US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Date: January 19, 2021

/s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322