IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CYNTHIA LYNN CRAIG-HALBLEIB | : | Case No: 1-20-bk-00836-HWV |
| Debtor | : | |
| | : | Chapter 13 |
| THE MONEY SOURCE, INC. | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| CYNTHIA LYNN CRAIG-HALBLEIB | : | |
| Debtor | : | |
| | : | |
| KEITH CRAIG-HALBLEIB | : | |
| Co-Debtor | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| Trustee | : | |

**MOTION TO WITHDRAWAL OF DEBTOR'S ANSWER TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE CLERK OF THE BANKRUPTCY COURT:

Please withdraw the Debtor's Answer to the Motion for Relief from the Automatic Stay filed at docket number #29 filed on February 2, 2021. Debtor does not oppose the relief requested.

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

Dated: March 19, 2021

s/Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858

1

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CYNTHIA LYNN CRAIG-HALBLEIB | : | Case No: 1-20-bk-00836-HWV |
| Debtor | : | |
| | : | Chapter 13 |
| THE MONEY SOURCE, INC. | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| CYNTHIA LYNN CRAIG-HALBLEIB | : | |
| Debtor | : | |
| | : | |
| KEITH CRAIG-HALBLEIB | : | |
| Co-Debtor | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| Trustee | : | |

## CERTIFICATE OF SERVICE

I, Dera Shade, paralegal with Jacobson, Julius & Harshberger, do hereby certify that on this day I served the within Respondent's Answer to Movant's Motion for Relief from the Automatic Stay upon the following persons via the ECF/CM system and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:

| | |
|---|---|
| Charles J. Dehart III, Esquire (Trustee)<br>PO Box 7005<br>Lancaster, PA 17604 | Rebecca A. Solarz, Esquire<br>KML Law Group, P.C.<br>Suite 500 – BNY Independence Center<br>701 Market Street<br>Philadelphia, PA 19106 |
| United States Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut Street, Room 320<br>Harrisburg, PA 17108 | |

/s/Dera Shade
Dera Shade, Paralegal
Jacobson, Julius & Harshberger
8150 Derry Street
Harrisburg, PA 17111
717.909.5858
FAX: 717.909.7788
Dated: March 19, 2021          Email: dshade@ljacobsonlaw.com

2

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CYNTHIA LYNN CRAIG-HALBLEIB | : | Case No: 1-20-bk-00836-HWV |
| Debtor | : | |
| | : | Chapter 13 |
| THE MONEY SOURCE, INC. | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| CYNTHIA LYNN CRAIG-HALBLEIB | : | |
| Debtor | : | |
| | : | |
| KEITH CRAIG-HALBLEIB | : | |
| Co-Debtor | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| Trustee | : | |

**ORDER APPROVING WITHDRAWAL**

IT APPEARING that a Motion has been filed regarding this matter, IT IS HEREBY ORDERED that the Withdrawal filed March 19, 2021 regarding Answer to Motion for Relief from Automatic Stay is APPROVED.

3